**Order entered October 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01346-CV

### IN RE MYRAN ANDRE KELLEY, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F06-72844-WQ**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    MOLLY FRANCIS
        JUSTICE